IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REYNOLDS INNOVATIONS INC.,          )
                                    )
            Plaintiff,              )
                                    )
        v.                          )       1:13CV503
                                    )
VAPOR 4 LIFE, INC., et al.,         )
                                    )
            Defendants.             )

ORDER APPROVING JOINT RULE 26(f) REPORT

This matter is before the Court on the parties' Joint Rule 26(f) Report [Doc. #16]. The Court has reviewed the Joint Report and approves it as submitted. However, the Court notes that under Local Rules 16.4 and 83.9e, mediation must be conducted during the discovery period. Therefore, mediation in this case should be conducted no later than February 28, 2014. In addition, the parties may identify an agreed-upon mediator within 21 days of this Order, and if a mediator is not identified, the Clerk will appoint a mediator from the Clerk's certified list of mediators pursuant to Local Rule 83.9d.

The Court further notes that the deadlines for providing reports from retained experts under Rule 26(a)(2)(B) will also serve as the deadlines for providing required disclosures under Rule 26(a)(2)(C).

IT IS THEREFORE ORDERED that the parties' Joint Rule 26(f) Report [Doc. #16] is approved as submitted and as noted herein.

This, the 16th day of September, 2013.

                                                 /s/ Joi Elizabeth Peake
                                                United States Magistrate Judge

2

Case 1:13-cv-00503-NCT-JEP   Document 17   Filed 09/16/13   Page 2 of 2